# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANTHONY M. GREEN,**
**ADC #138722**                                                                                              **PLAINITFF**

**V.**                              **NO. 3:23-cv-00072-BRW**

**WALKER**                                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of April, 2023.

                                                 BILLY ROY WILSON
                                     UNITED STATES DISTRICT JUDGE